## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SEMAJ WRIGHT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:20-cv-02599-EFM-TJJ |
| | ) |
| FAMILY DOLLAR STORES, INC. | ) |
| | ) |
| Defendant. | ) |

### DEFENDANT FAMILY DOLLAR STORES, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

COMES NOW Defendant Family Dollar Stores, Inc. ("Defendant"), and for its unopposed motion for extension of time to respond to Plaintiff Semaj Wright's ("Plaintiff") Complaint, states as follows:

1. Plaintiff filed his Complaint ("Complaint") on November 30, 2020.

2. On December 1, 2020, Plaintiff served Defendant with a summons and a copy of his Complaint.

3. Defendant's original deadline by which to answer or otherwise respond to Plaintiff's Complaint was on or before December 22, 2020.

4. Prior to December 22, 2020, Defendant requested and obtained Plaintiff's consent to its request for a thirty (30) day extension of its deadline to respond to Plaintiff's Complaint.

5. This is Defendant's first request for an extension of time to answer or otherwise respond to Plaintiff's Complaint.

6. Counsel for Defendant has discussed this Motion for Extension of Time with Counsel for Plaintiff, who does not oppose this Motion.

7. Defendant requests this extension of time to formulate a proper and more thorough response to Plaintiff's Complaint and not for purposes of undue delay.

**WHEREFORE**, Defendant respectfully requests that the Court grant its Motion for Extension, thereby granting it up to and including January 21, 2021, to respond to Plaintiff's Complaint, and for such other relief as the Court deems just and proper.

Dated: December 23, 2020

Respectfully submitted,

JACKSON LEWIS P.C.

*/s/ Kyle B. Russell*
Kyle B. Russell, KS Bar # 20457
Phillip C. Thompson, KS Bar #27575
7101 College Blvd., Suite 1200
Overland Park, KS 66210
Telephone: (913) 981-1018
Facsimile: (913) 981-1019
Kyle.russell@jacksonlewis.com
Phillip.thompson@jacksonlewis.com

***ATTORNEYS FOR DEFENDANT***

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 23rd day of December, 2020, a true and accurate copy of the foregoing was electronically filed via the Court's ECF case filing system which will send a notice of electronic filing to the following counsel:

Douglas L. Carter
Jonathan K. McCoy
2345 Grand Blvd., Suite 1675
Kansas City, MO 64108
816-283-3500 Phone
816-283-3084 Fax
Email: doug@carter.law
         jon@carter.law
*ATTORNEYS FOR PLAINTIFF*

                                      */s/ Kyle B. Russell*
                                      **ATTORNEY FOR DEFENDANT**

4825-7736-9557, v. 1