**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| SEMAJ WRIGHT | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No. 2:20-cv-2599** |
| | ) | |
| v. | ) | |
| | ) | |
| **FAMILY DOLLAR STORES, INC.** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Semaj Wright, by and through counsel,

hereby dismisses this action and all claims asserted herein with prejudice.

Respectfully submitted,

**LAW OFFICES OF DOUGLAS L. CARTER, P.C.**

By:  /s/ Jonathan K. McCoy
   Douglas L. Carter    MO  #35759
   Jonathan K. McCoy  MO  #37635
   2345 Grand Blvd., Suite 1675
   Kansas City, Missouri 64108
   Tel:  (816) 283-3500
   Fax: (816) 283-3084
   E-mail: doug@carter.law
         jon@carter.law

*COUNSEL FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

Under penalties of perjury as provided in 28 U.S.C. § 1746, the undersigned certifies that a copy of the above and foregoing document was sent on this 30th day of March, 2021, to all counsel, who are electronically registered with the Court in this matter.

Kyle B. Russell
Phillip C. Thompson
7101 College Blvd., Suite 1200
Overland Park, KS  66210


By: */s/ Jonathan K. McCoy*
Jonathan K. McCoy

*ATTORNEY FOR PLAINTIFF*

2